# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 10, 2014

MEMO TO COUNSEL RE:  Jorge Amaya v. Power Design
Civil No. JFM-14-446

Dear Counsel:

This will confirm, as we discussed during the conference held on November 6, the following schedule.

| | |
|---|---|
| On or before February 6, 2014 | Deadline for filing motions |
| 30 days after the filing of motions | Deadline for filing responses (if a motion is filed near the Christmas holidays, please confer with one another and, if you can, agree upon a response date that not ruin someone's holiday schedule) |
| 21 days after the filing of response | Deadline for filing reply memos (subject to the parenthesis above) |

This will also confirm that pending the filing of motions, I will defer the issuance of a schedule order.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge