IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMAYA, JORGE, et al.,<br><br>                Plaintiffs,<br><br>   vs.<br><br>POWER DESIGN, INC.<br><br>                Defendant. | Civil Case No.  1:14-CV-00446-JFM |

**DEFENDANT'S MOTION TO STAY PLAINTIFFS' PENDING MOTION FOR CONDITIONAL CERTIFICATION UNTIL DEFENDANT'S PENDING MOTION FOR SUMMARY JUDGMENT IS RESOLVED**
**(EXPEDITED REVIEW REQUESTED)**

Defendant Power Design, Inc. ("Power Design" or "Defendant"), by and through its undersigned counsel, hereby moves to stay Plaintiffs' Motion for Conditional Certification (ECF No. 33) until the Court rules on Power Design's pending Motion for Summary Judgment (ECF No. 31) in the above-captioned case.  In the alternative, Power Design moves for 21 additional days, following the Court's ruling on the Motion Summary Judgment, to oppose the Motion for Conditional Certification.  In support of this motion, Power Design states as follows:

      1.      This matter arises out of a lawsuit filed on behalf of a putative class of Plaintiffs alleging violations of the Fair Labor Standards Act ("FLSA"), the Maryland Wage Payment and Collection Law ("MWPCL"), and the Maryland Workplace Fraud Act ("MWFA").  *See* ECF No. 1.

      2.      In response to the Complaint, Power Design filed a Motion for Summary Judgment seeking a ruling for Power Design on all counts of the Complaint based on the fact that Plaintiffs' claims are premised on work covered by federal prevailing wage laws performed at

the Bethesda Navy Exchange at the National Naval Medical Center. Plaintiffs' federal and state law claims are precluded because there is no private cause of action under the Davis-Bacon Act and the Contract Work Hours Safety Standards Act. Further, Plaintiffs' state law claims are barred by the Federal Enclave Doctrine. *See* ECF No. 31.

3. Plaintiffs' response to Power Design's Motion for Summary Judgment is due 30 days after the filing of Power Design's Motion for Summary Judgment, and Power Design's reply memorandum is due 21 days after Plaintiffs file their response. *See* ECF No. 27 (Order confirming filing deadlines).

4. A ruling on the pending Motion for Summary Judgment, prior to the further briefing and litigation of the Motion for Conditional Certification, will "promote judicial economy by avoiding duplicative litigation" because if granted, Plaintiffs' claims will be dismissed. *In re Mut. Finds Inv. Litig.*, 2011 WL 3819608, at *1 (D. Md. 2011).

5. This Court's review of Plaintiffs' Motion for Conditional Certification will not be prejudiced by the requested stay and extension of time insofar as the merits of Plaintiffs' Motion for Conditional Certification will not be affected by a stay.

6. In contrast, Power Design will be greatly prejudiced by having to respond to and litigate a Motion for Conditional Certification if summary judgment is warranted.

7. Pursuant to Local Rule 105(9), counsel for Power Design has conferred with counsel for Plaintiffs. Counsel for Plaintiffs did not consent to the relief requested herein and has advised that Plaintiffs intend to oppose this Motion.

WHEREFORE, Defendant Power Design, Inc., for the reasons set forth herein, respectfully prays this Court enter an order staying Plaintiffs' pending Motion for Conditional Certification until such time that the Court has resolved the pending Motion for Summary

Judgment filed by Power Design.  After such time, should the Court deny the pending Motion for Summary Judgment, in part or in whole, Power Design respectfully prays for 21 days to file a response to Plaintiff's Pending Motion for Conditional Certification.

                                      Respectfully submitted,

March 2, 2015                                /s/
                                        Paul DeCamp (*pro hac vice*)
                                        Leslie Stout-Tabackman (*pro hac vice*)
                                        Alta M. Ray (MD Bar No. 18940)
                                        10701 Parkridge Boulevard, Suite 300
                                        Reston, VA  20191
                                        Telephone:     (703) 483-8300
                                        Facsimile:     (703) 483-8301
                                        DeCampP@jacksonlewis.com
                                        Leslie.Stout@jacksonlewis.com
                                        Alta.Ray@jacksonlewis.com

                                        *Counsel for Defendant,*
                                        *Power Design, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this Monday, March 02, 2015, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, and served electronically on counsel of record:

Daniel A. Katz
Cori Cohen
Lucy B. Bansal
The Law Offices of Gary M. Gilbert & Associates
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Ph: (301) 608-0880
Fax: (301) 608-0881
dkatz@ggilbertlaw.com
ccohen@ggilbertlaw.com
lbansal@ggilbertlaw.com

Virginia Diamond
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
Ph: (202) 738-6400
Fax: (202) 416-6392
vdiamond@ashcraftlaw.com

/s/
Alta M. Ray

4827-1735-3762, v. 1