IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMAYA, JORGE, et al.,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>POWER DESIGN, INC.<br><br>                    Defendant. | Civil Case No.   1:14-CV-00446-JFM |

**APPENDIX OF CASES NOT GENERALLY REPORTED**

Power Design, Inc., through his undersigned counsel, files this separate Appendix, which contains the unreported case law cited in theMemorandum in Support of Power Design's Motion to Stay Plaintiffs' Motion for Conditional Certification until the Court rules on Power Design's pending Motion for Summary Judgment.

The materials attached are:

| Tab | Description |
|---|---|
| A | *Darrow v. WKRP Mgmt., LLC*, 2011 U.S. Dist. LEXIS 51353, at *6 (D. Col. May 2, 2011). |

                                                                 Respectfully submitted,

March 2, 2015                                                   /s/
                                                               Paul DeCamp (*pro hac vice*)
                                                               Leslie Stout-Tabackman (*pro hac vice*)
                                                               Alta M. Ray (MD Bar No. 18940)
                                                               10701 Parkridge Boulevard, Suite 300
                                                               Reston, VA  20191

                Telephone:    (703) 483-8300
                Facsimile:    (703) 483-8301
                DeCampP@jacksonlewis.com
                Leslie.Stout@jacksonlewis.com
                Alta.Ray@jacksonlewis.com

*Counsel for Defendant,*
*Power Design, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this Monday, March 02, 2015, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, and served electronically on counsel of record:

Daniel A. Katz
Cori Cohen
Lucy B. Bansal
The Law Offices of Gary M. Gilbert & Associates
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Ph: (301) 608-0880
Fax: (301) 608-0881
dkatz@ggilbertlaw.com
ccohen@ggilbertlaw.com
lbansal@ggilbertlaw.com

Virginia Diamond
Ashcraft & Gerel, LLP
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
Ph: (202) 738-6400
Fax: (202) 416-6392
vdiamond@ashcraftlaw.com

/s/
Alta M. Ray

4816-9459-8946, v. 1