IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMAYA, JORGE, et al.,<br><br>                Plaintiffs,<br><br>    vs.<br><br>POWER DESIGN, INC.<br><br>                Defendant. | Civil Case No.   1:14-CV-00446-JFM |

## [PROPOSED] ORDER

Upon consideration of Defendant Power Design's ("Defendant") Motion to Stay Plaintiffs' Pending Motion for Conditional Certification Until Defendant's Pending Motion for Summary Judgment is Resolved, the memorandum in support, and any opposition thereto and arguments of counsel, and good cause shown, it is hereby:

**ORDERED,** that Defendant's Motion to Stay Plaintiffs' Motion for Conditional Certification Until Defendant's Motion for Summary Judgment is Hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiffs' Pending Motion for Conditional Certification is **STAYED** until Defendant's Pending Motion for Summary Judgment is Resolved; and it is further

**ORDERED**, that if the Court does not grant Defendant's Pending Motion for Summary Judgment in full, the deadline for Defendant to file a response to Plaintiff's Pending Motion for Conditional Certification will be 21 days after the date the Court resolves Defendant's Pending Motion for Summary Judgment.

1

2

_____
The Honorable J. Frederick Motz
United States District Judge

4853-0150-3778, v. 1

2