IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JORGE AMAYA, ET AL. | * | |
| | * | |
| | * | |
| v. | * | Civil No. JFM-14-446 |
| | * | |
| POWER DESIGN, INC. | * | |
| | ****** | |

## ORDER

Upon consideration of defendant's motion to stay plaintiffs' pending motion for conditional certification until defendant's pending motion for summary judgment is resolved, and your letters dated March 3, 2015 and March 4, 2015, it is, this 6th day of March 2015

ORDERED defendant's response to the motion for conditional certification will not be due until I have ruled upon defendant's motion for summary judgment.

\_\_\_/s/_____
J. Frederick Motz
United States District Judge