IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMAYA, JORGE, et al. | * | |
| v. | * | Civil No. – JFM-14-446 |
| POWER DESIGN, INC. | * | |

## MEMORANDUM

Plaintiff has brought this action under the Fair Labor Standards Act, the Maryland Wage Payment and Collection Law, and the Maryland Workplace Fraud Act. Defendant has filed a motion for summary judgment. The motion will be granted. The reasons for my granting of the motion may be briefly stated.

First, the contract between plaintiffs and defendant was a federal one to which the Davis Bacon Act and the Contract Work Hours Safety Standards Act apply. There is no private right of action under either of the applicable statutes. Those statutes do not provide a private right of action but only for enforcement of the standards they impose by the Department of Labor. Plaintiffs cannot circumvent those statutes by bringing claims under the Fair Labor Standards Act as they have done in count I. *See Duran Quezada v. Clark Constr. Grp.*, 213 U.S. Dist. LEXIS 179104, at *1 (D. Md. Dec. 20, 2013), *aff'd*, 582 Fed. Appx. 238 (4th Cir. 2014).

Second as to the state law claims, plaintiffs worked at a "federal enclave," specifically the Bethesda Navy Exchange. Therefore, the state statutes upon which they rely are not applicable. *See Bouthner v. Cleveland Constru. Inc.*, 2011 U.S. Dist. LEXIS 79316, at *3 (D. Md. July 21, 2011).

1

A separate order granting defendant's motion for summary judgment is being entered herewith.

Date: 5/28/15

/s/
J. Frederick Motz
United States District Judge